W. Scott Mitchell
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Phone: (406) 252-2166
Fax: (406) 252-1669
smitchell@hollandhart.com

John D. Seiver (*pro hac vice*)
Adam S. Caldwell (*pro hac vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499
johnseiver@dwt.com

ATTORNEYS FOR THE DEFENDANT

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| DALE MORTENSEN and MELISSA BECKER,) individually, and on behalf of themselves and all others similar situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>BRESNAN COMMUNICATIONS, LLC,<br><br>Defendant-Appellant. | No. _____<br><br>D.C. No. CV-10-13-BLG-RFC<br>District of Montana, Billings<br><br>**DEFENDANT-<br>APPELLANT'S<br>REPRESENTATION<br>STATEMENT** |

Pursuant to Circuit Rule 3-2, Appellant Bresnan Communications, LLC ("Bresnan") attach this Representation Statement as follows:

**Counsel for Plaintiffs-Appellees:**    Gregory Paul Johnson, Esq.
Gregory Paul Johnson, P.C.
JOHNSON LAW OFFICE
3623 Snowline Drive
Billings, MT 59102
406-656-4555
gpjpc@bresnan.net

Scott A. Kamber, Esq.
David A. Stampley
Kamberlaw, LLC
11 Broadway, 22nd Floor
New York, NY 10004
skamber@kamberlaw.com
dstampley@kamberlaw.com

**Counsel for Defendant-Appellant:**    W. Scott Mitchell
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Phone: (406) 252-2166
Fax: (406) 252-1669
smitchell@hollandhart.com
mpmanning@hollandhart.com

        John D. Seiver
        Adam S. Caldwell
        Ronald G. London
        Davis Wright Tremaine LLP
        1919 Pennsylvania Ave., N.W.
        Washington, D.C.  20006
        Telephone:  (202) 973-4200
        Facsimile:   (202) 973-4499
        johnseiver@dwt.com
        adamcaldwell@dwt.com
        ronnielondon@dwt.com

DATED this 3th day of October, 2011.

        /s/ W. Scott Mitchell
        W. Scott Mitchell
        Attorneys for Appellant