# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **DALE MORTENSEN and MELISSA BECKER, individually, and on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br>    vs.<br><br>**BRESNAN COMMUNICATIONS, L.L.C.**<br>        **Defendant.** | CV 10-13-BLG-RFC<br><br>ORDER |

Defendant Bresnan Communications has notified the Court that it intends to exercise its right to an interlocutory appeal of this Court's Order denying its motion for reconsideration of the Order denying motion to compel arbitration.  *Doc. 50.*  Since the denial of a motion to compel arbitration is an appealable order, 9 U.S.C. § 16(a)(1)(B), and the filing of a proper notice of appeal divests the district court of jurisdiction, *Ruby v. Secretary of U. S. Navy*, 365 F.2d 385, 388-89 (9th Cir. 1966), this Court has no authority to proceed with this case.

Accordingly, **IT IS HEREBY ORDERED** that the preliminary pretrial conference set for October 4, 2011 at 10:30 a.m. is **VACATED** and this case is **STAYED** pending resolution of the appeal.           DATED this 3rd Day of October, 2011.

                                */s/ Richard F. Cebull*_____
                                Richard F. Cebull
                                United States District Court