W. Scott Mitchell
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Phone: (406) 252-2166
Fax: (406) 252-1669
smitchell@hollandhart.com
mpmanning@hollandhart.com

John D. Seiver (*pro hac vice*)
Adam S. Caldwell (*pro hac vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499
johnseiver@dwt.com

ATTORNEYS FOR THE DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DALE MORTENSEN and MELISSA BECKER, individually, and on behalf of themselves and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRESNAN COMMUNICATIONS, LLC,<br><br>Defendant. | No. CV-10-13-BLG-RFC<br><br>**DEFENDANT'S NOTICE REGARDING TRANSCRIPTS ON APPEAL** |

Pursuant to Ninth Circuit Rule 10-3.1(c), Defendant Bresnan Communications, LLC ("Bresnan") hereby gives notice that no transcripts will be ordered with respect to Bresnan's appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 16, 2011 Order Denying Bresnan's Motion for Reconsideration of Order Denying Motion to Compel Arbitration. The undersigned contacted local counsel for the Plaintiffs regarding this notice, but received no response. Nevertheless, this Court held no hearings in this case and there are thus no transcripts that either party could order.

As required by Ninth Circuit Rule 10-3.1(c), Bresnan has provided copies of this notice to the court reporter and the Court of Appeals.

DATED this 14th day of October, 2011.

/s/ W. Scott Mitchell
W. Scott Mitchell

## **CERTIFICATE OF SERVICE**

I certify that on October 14, 2011, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2, 3__ | CM/ECF |
| _____ | Hand Delivery |
| __4, 5, 6__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1. Clerk, U.S. District Court

2. Gregory Paul Johnson, Esq.
Gregory Paul Johnson, P.C.
Attorney for Plaintiffs

3. Scott A. Kamber, Esq.
David A. StampleyWDC Docket
Kamberlaw, LLC
Attorneys for Plaintiff

4. Brian J. Panish
Rahul Ravipudi
Panish Shea & Boyle LLP
Attorneys for Plaintiffs

5. Joseph H. Malley
Law Office of Joseph H. Malley, P.C.
Attorney for Plaintiffs

6. David C. Parisi
Parisi & Havels LLP
Attorney for Plaintiffs

        /s/ W. Scott Mitchell
        W. Scott Mitchell

5259037_1.DOCX