UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DALE MORTENSEN and MELISSA BECKER, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br>v.<br><br>BRESNAN COMMUNICATIONS, a Delaware corporation,<br><br>        Defendant - Appellant. | No. 11-35823<br><br>D.C. No. 1:10-cv-00013-RFC<br>U.S. District Court for Montana, Billings<br><br>**MANDATE** |

The judgment of this Court, entered July 15, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellees in the amount of $177.60.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Margoth Turcios
                              Deputy Clerk