Gregory Paul Johnson
Johnson Law Office
3623 Snowline Drive
Billings MT  59102
Tel:     406-656-4555
Fax:    406-656-1875
Email: gpjpc@bresnan.net

Scott A. Kamber (*pro hac vice*)
David A. Stampley (*pro hac vice*)
KamberLaw, LLC
100 Wall St., 23rd Fl.
New York, NY 10005
Tel:     212-920-3072
Fax:    212-202-6364
Email: dstampley@kamberlaw.com

ATTORNEYS FOR PLAINTIFFS

W. Scott Mitchell
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Phone: (406) 252-2166
Fax:    (406) 252-1669
Email: smitchell@hollandhart.com

John D. Seiver (*pro hac vice*)
Adam S. Caldwell (*pro hac vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499
Email: johnseiver@dwt.com

ATTORNEYS FOR THE DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DALE MORTENSEN and MELISSA BECKER, individually, and on behalf of themselves and all others similar situated, | ) ) ) CV 10–13–BLG–DLC ) |
| Plaintiffs, | ) **JOINT STIPULATION** ) **OF DISMISSAL** |
| v. | ) ) |
| BRESNAN COMMUNICATIONS, LLC, | ) ) |
| Defendant. | ) ) |

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs Dale Mortensen and Melissa Becker, each, individually, and defendant Bresnan Communications, LLC that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed WITH PREJUDICE and that each party each party shall bear its own costs and attorneys' fees.

DATED this 25th day of February, 2016.

/s/David A. Stampley
David A. Stampley
KamberLaw, LLC
One of the Attorneys for Plaintiffs


/s/John D. Seiver
John D. Seiver
Davis Wright Tremaine LLP
One of the Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on February 25th, 2016, a copy of the foregoing document was served on the following persons by the following means:

<u>    1, 2, 3    </u>  CM/ECF
<u>               </u>  Hand Delivery
<u>               </u>  Mail
<u>               </u>  Overnight Delivery Service
<u>               </u>  Fax
<u>               </u>  E-mail


1. Clerk, U.S. District Court

2. W. Scott Mitchell
   Holland & Hart, LLP
   Attorneys for Defendant

3. John D. Seiver
   Adam S. Caldwell
   Ronald G. London
   Elizabeth A. Drogula
   Davis Wright Tremaine LLP
   Attorneys for Defendant

                                    /s/David A. Stampley
                                    David A. Stampley

**Joint Stip. of Dismissal—Certificate of Service**