**FILED**

FEB 25 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DALE MORTENSEN and MELISSA BECKER, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRESNAN COMMUNICATIONS, LLC,<br><br>Defendant. | CV 10–13–BLG–DLC<br><br>ORDER |

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 70),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 25th day of February, 2016.

Dana L. Christensen, Chief Judge
United States District Court